UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL SEAN PERKINS,

                Petitioner,                Case No. 2:23-cv-10050
                                                Hon. Nancy G. Edmunds

v.

JAMES SCHIEBNER,

                Respondent.

_____/

**JUDGMENT**

      **IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED.**

      **IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED.**

      **IT IS FURTHER ORDERED** that permission to appeal in forma pauperis is **DENIED.**

      Dated at Detroit, Michigan, this 28th, day of September 2023.

                                    KINIKIA ESSIX
                                    CLERK OF THE COURT

APPROVED:                                BY:  s/ L. Bartlett
                                    DEPUTY CLERK

s/ Nancy G. Edmunds
Nancy G. Edmunds
United States District Court